The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER BONETTO, JOSHUA GABRIELSON, AMBER MYKING, and SAMUEL WINEINGER, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS CORPORATE, LLC; and HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendants. | No. 2:26-cv-2276<br><br>STIPULATED MOTION TO EXTEND DEFENDANTS HARBOR FREIGHT TOOLS CORPORATE, LLC AND HARBOR FREIGHT TOOLS USA, INC.'S DEADLINE TO RESPOND TO THE COMPLAINT |

Defendants Harbor Freight Tools Corporate, LLC and Harbor Freight Tools USA, Inc. (collectively "Harbor Freight") and Plaintiffs Alexander Bonetto, Joshua Gabrielson, Amber Myking, and Samuel Wineinger (collectively, "Plaintiffs") hereby stipulate and ask the Court to extend the time for Harbor Freight to answer or otherwise respond to Plaintiffs' Complaint by thirty (30) days, with a new deadline of **September 21, 2026**.

On June 9, 2026, Plaintiffs filed their Complaint. On June 30, 2026, Harbor Freight removed this case to the United States District Court for the Western District of Washington. On July 7, 2026, the Court entered an order granting the Parties' Joint Stipulation for an Extension of



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

Time to Answer the Complaint, ECF No. 17. As a result, Harbor Freight's current deadline to respond to the Complaint is August 21, 2026.

Harbor Freight intends to file motion(s) to compel arbitration and/or dismiss the Complaint. The Parties are engaged in ongoing active discussions about whether it may be possible to resolve some or all portions of these motions without the Court's involvement. However, the Parties require additional time to complete these discussions, which serve the interest of judicial economy, since a resolution to these ongoing disputes may clarify the issues, claims, defenses, and scope of discovery in this case. There is therefore good cause under Fed. R. Civ. P. 6(b) to extend Harbor Freight's deadline to answer or otherwise respond to Plaintiffs' Complaint for an additional 30 days. Thus, Plaintiffs have agreed to extend Harbor Freight's deadline to respond to Plaintiffs' Complaint until **September 21, 2026**.

This stipulated extension will not introduce any undue delay to the action. The Court has previously granted only one other extension in response to the Parties' July 7, 2026 Parties' Stipulated Extension of Time to Answer the Complaint (ECF No. 17). The filing of this Stipulated Motion will not prejudice the Parties' rights or defenses in this action, which are expressly reserved. For all of these reasons, the Parties STIPULATE and ask the Court to extend Harbor Freight's current deadline to answer or otherwise respond to Plaintiffs' Complaint as shown below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to respond to the Complaint | 8/21/2026 | 9/21/2026 |

**IT IS SO STIPULATED.**



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

**ORDER**

Pursuant to the foregoing unopposed motion, the Court GRANTS the Parties' Stipulated Motion to Extend Harbor Freight's Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint. The Parties' deadline shall be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to respond to the Complaint | 8/21/2026 | 9/21/2026 |

IT IS SO ORDERED.

Dated this 20th day of August 2026.

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

**DLA PIPER LLP (US)**

By: *s/ David Freeburg*
David Freeburg, WSBA No. 48935
Jeffery DeGroot, WSBA No. 46839
Danielle Igbokwe, WSBA No. 62714
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Telephone: 206.839.4811
E-mail: *david.freeburg@us.dlapiper.com*
E-mail: *jeffery.degroot@us.dlapiper.com*
E-mail: *danielle.igbokwe@us.dlapiper.com*

AND

Isabelle Ord (admitted *Pro Hac Vice*)
555 Mission Street, Suite 2400
San Franscisco, California 94105
Telephone: 415.836.2500
E-mail: *isabelle.ord@us.dlapiper.com*

*Attorneys for Defendants Harbor Freight Tools Corporate, LLC and Harbor Freight Tools USA, Inc.*

AND BY

By: *s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli (admitted *Pro Hac Vice*)
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
E-mail: *sam@straussborrelli.com*
E-mail: *raina@straussborrelli.com*
Phone: (872) 263-1100

Lynn A. Toops (admitted *Pro Hac Vice*)
Natalie A. Lyons
Ian R. Bensberg
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
E-mail: *ltoops@cohenmalad.com*
E-mail: *nlyons@cohenmalad.com*
E-mail: *ibensberg@cohenmalad.com*
Phone: (317) 636-6481

J. Gerard Stranch, IV
Michael C. Tackeff
Andrew K. Murray
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
E-mail: *gstranch@stranchlaw.com*
E-mail: *mtackeff@stranchlaw.com*
E-mail: *amurray@stranchlaw.com*
Phone: (615) 254-8801

*Attorneys for Plaintiffs Alexander Bonetto, Joshua Gabrielson, Amber Myking, and Samuel Wineinger*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 20th day of August, 2026.

*s/ Kiersten Houst*
Kiersten Houst, Legal Executive Assistant