The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER BONETTO, JOSHUA GABRIELSON, AMBER MYKING, and SAMUEL WINEINGER, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS CORPORATE, LLC; and HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendants. | No. 2:26-cv-2276<br><br>ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES |

Defendants Harbor Freight Tools Corporate, LLC and Harbor Freight Tools USA, Inc. (collectively "Harbor Freight") and Plaintiffs Alexander Bonetto, Joshua Gabrielson, Amber Myking, and Samuel Wineinger (collectively, "Plaintiffs") hereby stipulate and ask the Court to extend the Parties' initial case deadlines as set forth below.

On July 7, 2026, the Court issued an initial scheduling order (Dkt. 15) setting deadlines for a Rule 26(f) conference, initial disclosures, and a Combined Joint Status Report and Discovery Plan. The Court then extended those deadlines on August 10, 2026 (Dkt. 19); and again on September 3, 2026 (Dkt. 23). Currently, the deadline for the Parties' Rule 26(f) conference is



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

October 5, 2026; initial disclosures are due October 12, 2026; and a Combined Joint Status Report and Discovery Plan is due October 19, 2026. *Id*.

On September 18, 2026, the Court entered an order to show cause instructing the parties to brief whether the Court has subject matter jurisdiction over the Complaint (Dkt. 26, the "Order"). Harbor Freight's deadline to respond to the Complaint is currently extended until 14 days after the Court resolves the Order, to the extent a response remains necessary. *See* Dkt. 28. On that date, Harbor Freight intends to file Motion(s) to Compel Arbitration and/or to Dismiss the Complaint.

The Parties continue to engage in good faith discussions about whether it may be possible to resolve some, or all, of these motions without the Court's involvement. The Parties believe that reaching resolution on the issues will allow the Parties, and the Court, to more efficiently address these initial case-management concerns by clarifying the issues, claims, defenses, and scope of discovery in this case, including whether some of the Plaintiffs' claims are arbitrable. However, the Parties require additional time to complete these discussions. Thus, good cause exists under Fed. R. Civ. P. 6(b) to extend all initial case deadlines as set forth below.

For these reasons, the Parties have agreed to extend the initial case scheduling deadlines by 21 days. Although the Parties have agreed to two previous extensions of 30 days each, this third stipulated extension will not introduce any undue delay or prejudice the Parties' rights or defenses in this action, all of which are hereby expressly reserved.

Therefore, the Parties STIPULATE and ask the Court to extend the current case deadlines as shown below:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 10/5/2026 | 10/26/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 10/12/2026 | 11/2/2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 10/19/2026 | 11/9/2026 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: 206.839.4800

# ORDER

Pursuant to the foregoing unopposed motion, the Court GRANTS the Parties' Stipulated Motion to Extend Initial Case Deadlines. The Parties' case deadlines shall be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 10/5/2026 | 10/26/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 10/12/2026 | 11/2/2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 10/19/2026 | 11/9/2026 |

IT IS SO ORDERED.

Dated this 5th day of October, 2026.

Barbara J Rothstein

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

**DLA PIPER LLP (US)**

By: *s/ David Freeburg*
David Freeburg, WSBA No. 48935
Jeffery DeGroot, WSBA No. 46839
Danielle Igbokwe, WSBA No. 62714
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Telephone: 206.839.4811
E-mail: *david.freeburg@us.dlapiper.com*
E-mail: *jeffery.degroot@us.dlapiper.com*
E-mail: *danielle.igbokwe@us.dlapiper.com*

AND

By: *s/ Isabelle Ord*
Isabelle Ord (admitted *Pro Hac Vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415.836.2500
E-mail: *isabelle.ord@us.dlapiper.com*

*Attorneys for Defendants Harbor Freight Tools Corporate, LLC and Harbor Freight Tools USA, Inc.*

AND BY

By: s/ Samuel J. Strauss

Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli (admitted *Pro Hac Vice*)
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
E-mail: *sam@straussborrelli.com*
E-mail: *raina@straussborrelli.com*
Phone: (872) 263-1100

Lynn A. Toops (admitted *Pro Hac Vice*)
Natalie A. Lyons
Ian R. Bensberg
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
E-mail: *ltoops@cohenmalad.com*
E-mail: *nlyons@cohenmalad.com*
E-mail: *ibensberg@cohenmalad.com*
Phone: (317) 636-6481

J. Gerard Stranch, IV
Michael C. Tackeff
Andrew K. Murray
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
E-mail: *gstranch@stranchlaw.com*
E-mail: *mtackeff@stranchlaw.com*
E-mail: *amurray@stranchlaw.com*
Phone: (615) 254-8801

*Attorneys for Plaintiffs Alexander Bonetto, Joshua Gabrielson, Amber Myking, and Samuel Wineinger*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 5th day of October, 2026.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant